FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL JEROME WINDFIELD,  )
                           )
         Petitioner,       )   NO. CV 08-0296-R (RCF)
                           )
     v.                    )   JUDGMENT
                           )
JOHN WARD, Warden,         )
                           )
         Respondent.       )
_____)

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 2, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE